# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| Audrena Smith & Denise Johnson-Nelson | Civil Action No.: 21-cv-1960 |
| Plaintiffs | Judge Terry A Doughty |
| vs. | |
| Louisiana State Police; Lamar Davis, in his individual and official capacity as the Louisiana State Police Superintendent ;John Doe 1, in his individual Capacity as a Louisiana State Police trooper; John Doe 2, in his individual capacity as a Louisiana State Police Trooper; John Doe 3, in his individual capacity as a Louisiana State Police trooper; John Doe 4, in his individual capacity as a Louisiana State Police trooper, | Magistrate Judge: Kayla McClusky |
| Defendants | Jury Trial |
| | Under Fed. R. Civ 38(b) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## VOLUNTARY DISMISSAL OF ALL CLAIMS

On motion of Dwayne Burrell, Attorney for Plaintiffs, Audrena Smith & Denise Johnson-Nelson, and on suggesting to the Court that the Plaintiffs now desire to dismiss their claims in the above numbered and entitled cause of action against all parties, namely Louisiana State Police, Lamar Davis, John Doe 1, John Doe 2, John Doe 3, and John Doe 4.

Respectfully submitted:

**THE BURRELL FIRM LLC:**

**/s/ Dwayne Burrell**

_____
Dwayne Burrell (# 35688)
Allen Burrell (#37621)
201 Saint Charles Avenue Ste. 2500
New Orleans, Louisiana 70170
Telephone: (504) 475-7578
Facsimile: (888) 612-8901
Attorneys for Plaintiffs