UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **AUDRENA SMITH ET AL** | **CASE NO. 3:21-CV-01960** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LOUISIANA STATE POLICE ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT OF DISMISSAL**

Considering the foregoing Voluntary Dismissal of All Claims [Doc. No. 3] filed by Plaintiffs,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**.

Plaintiffs' claims against all Defendants are **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 9th day of August 2021.

_____
Terry A. Doughty
United States District Judge